IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Vaughn, Howard S | Case Number: 07 B 19299 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/8/08 | Filed: 10/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 100.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 94.60 |
| Trustee Fee: | | 5.40 |
| Other Funds: | | 0.00 |
| Totals: | 100.00 | 100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,774.00 | 94.60 |
| 2. | Quantum Servicing Corporation | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Quantum Servicing Corporation | Secured | 25,000.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 11,194.32 | 0.00 |
| 6. | NCO Financial Systems | Unsecured | 451.14 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,448.11 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 5,154.56 | 0.00 |
| 9. | Chase Bank | Unsecured | 7,627.21 | 0.00 |
| | | | $ 53,649.34 | $ 94.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 5.40 |
| | $ 5.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Vaughn, Howard S | Case Number: 07 B 19299 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/8/08 | Filed: 10/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

